FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Williams #187184
(Last Name)     (Identification Number)

Donald JR
(First Name)    (Middle Name)

EMCF
(Institution)

10641 Hwy 80 West, Meridian, MS 39307
(Address)
(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

Jury Trial Demanded
Any and All Defendants Sued in their Official and Individual Capacities

V.    CIVIL ACTION NUMBER: 5:24-CV-66-DCB-ASH
(to be completed by the Court)

Mississippi Dept of Corrections & Management Training Corporation (MTC) and its private contractors and employees etc...
(Enter the full name of the defendant(s) in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 12 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (✓)    No ( )

B. Are you presently incarcerated?
   Yes (✓)    No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes (✓)    No ( )

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )    No (✓)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)    No ( )

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes (✓)    No ( )

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Williams Donald Jr    Prisoner Number: 187184

Address: 10641 Hwy 80 West (EMCF) Meridian, MS 39307

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

(1A) II. Defendant: Warden Brown    is employed as Warden at WCCF Wilkenson County P.O. Box 1889 Woodville, MS 39617

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Donald Williams, Jr  187184 (EMCF)    ADDRESS: 10641 Hwy 80 West Meridian, MS 39307

DEFENDANT(S):
(1B) NAME: Sgt. Hogan or Major Daniels WCCF    ADDRESS: WCCF P.O. Box 1889 Woodville, MS 39617
(2) NAME: Major Daniels WCCF    ADDRESS: P.O. Box 1889 Woodville, MS 39617
(3) Unit Manager Vanessa Turner → Same Address as Above
(4) Unit Manager Day → Same Address as Above
(5) Vice Lord Inmate Worker "Chubb" → 10641 Hwy 80 West Meridian, MS 39307
EMCF Vice Gang STG
(6) Unit Manager Williams EMCF

Page 2 of 4

## OTHER LAWSUITS FILED BY PLAINTIFF

| NOTICE AND WARNING |
| --- |
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A. Have you ever filed any lawsuits in a court of the United States?   Yes (✓)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: Donald Williams, Jr. vs Chris Pawel R #04-2911

2. Court (if federal court, name the district; if state court, name the county): United States Federal Court District of Minnesota #04-2911 #99-1591

3. Docket Number: (see above)

4. Name of judge to whom case was assigned: John R. Tunheim

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) My compensation waiting to receive of illegal confinement dye 8 mnth 16 days SST

CASE NUMBER 2.
1. Parties to the action: Williams vs Pawel R #04-2911 Backpay loss of 10 yrs 16 days

2. Court (if federal court, name the district; if state court, name the county): U.S. Federal Court District of Minnesota

3. Docket Number: #99-1591 (Donald Williams vs Dennis Benson)

4. Name of judge to whom case was assigned: John R. Tunheim

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) They stole that case I got it back with a Rule 20

**STATEMENT OF CLAIM**

I have won (3) 4 cases!!!

Civil actions: Federal Judge Louis Guirola Jr.

Donald Williams, JR. vs The State of Mississippi

Cause No. 1:15CV00422 LG/FRB

Southern Division
2012 15th Street
Gulfport, MS

Donald Williams, JR. vs. The State of Mississippi

FBI No.
#19-60184   Bradley
Fifth Circuit Court
of Appeals
N.O. LA 70130

Federal Judge Patrick E. Higginbotham

Donald Williams, vs Dennis Benson et al.
No. 99-1591

United States Federal Court District of Minnesota
Federal Judge John R. Tunheim

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Using the Two (2) man cells, The State Defendants have blantly and maliciously set-up fights, stabbings, beatings, and they knowingly and willfully place inmates into my cell for living confusion to carry these illegal actions out. The State has also allowed drugs, weapons, contraband — Using gang members and non gang members to execute these actions.

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

A single cell, with proper air conditioning, safe, from fights and or trouble, as my Appeals finalizing plays out in Federal Court. And A punitive Aggravated damages award.

Signed this 4 day of July, 20 24.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Raymond Pope / Donald Williams
Signature of plaintiff #187184
Jury Trial Demand

[margin notes:]
To file A Rule 65 T.R.O (A)(B)
Aggravated punitive damages in excess of $75,000
Punitive damages At Rule 65(A)(B) T.R.O Temporary Restraining Order Rule 65(A)(B), $75,000.00 in excess

Page 4 of 4